RECEIVED
IN LAKE CHARLES, LA

MAR 23 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| BUAH TOURAY | CIVIL ACTION NO. 10-1905 |
| VS. | JUDGE MINALDI |
| J.P. YOUNG, ET AL. | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that the defendants Motion to Dismiss [Doc. 8] be **GRANTED**, and the Petition for Writ of Habeas Corpus, filed by Buah Touray, be **DENIED** and that his Petition be **DISMISSED** without prejudice.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this 22 day of March, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE